**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **STEPHANIE ANN TALLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO:  14-2310** |
| **CAROLYN W. COLVIN
ACTING COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION** | **SECTION: "S"** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the decision of the Administrative Law Judge denying Stephanie Ann Talley's Disability Insurance Benefits is **REVERSED AND REMANDED**.

New Orleans, Louisiana, this 16th day of  February , 2016.

_____
**UNITED STATES DISTRICT JUDGE**